

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-18-00545-CR

Sarah Michelle **MORFIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2222
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We ORDER the clerk of this court to immediately issue the mandate contemporaneously with issuance of this opinion and judgment.

SIGNED August 15, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice